UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-23434-DPG

JESUS GONZALEZ

    Plaintiff,
vs.

BURGER KING CORPORATION
d/b/a Burger King #71, and
ZEBRA PROPERTIES, INC.,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff Jesus Gonzalez ("Plaintiff"), hereby files this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendants BURGER KING CORPORATION d/b/a Burger King #71, and ZEBRA PROPERTIES, INC., ("Defendants") to resolve the claims against them.

2. The parties are in the process of finalizing a confidential settlement agreement, and Plaintiff will be filing a Stipulation of Dismissal with the Court shortly.

    Respectfully submitted,

    */s/ J. Courtney Cunningham*
    J. Courtney Cunningham, Esq.
    J. COURTNEY CUNNINGHAM, PLLC
    FBN: 628166
    8950 SW 74th Court, Suite 2201
    Miami, FL 33156
    T:  305-351-2014
    cc@cunninghampllc.com

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on October 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                                          */s/ J. Courtney Cunningham*
                                          J. Courtney Cunningham, Esq.